**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00258-CV
_____

## IN THE INTEREST OF F.S.C., A CHILD

On Appeal from the County Court No. 3
Galveston County, Texas
Trial Court Cause No. 07-FD-0721

## O R D E R

Appellant's brief was due October 29, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 21, 2018** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM